CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD P PETERSEN
rppesq1@hotmail.com
RICHARD P PETERSEN LAW OFFICES
2015 Montrose Avenue
Montrose, CA 91020
Telephone: (818) 957-5832
Facsimile: (818) 541-9165
Attorney for Defendant
Lillie Sue Makhanian

HOWARD GEORGE CHEN
legacycomics@hotmail.com
123 West Wilson Avenue
Glendale, CA 91203
Telephone: (818) 903-1457
Defendant
Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LILLIE SUE MAKHANIAN, in individual and representative capacity as trustee of the Lillie Sue Makhanian Trust dated January 22, 1986; HOWARD GEORGE CHEN; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-02445-DSF-E<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: July 3, 2018

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 6-28-18

RICHARD P PETERSEN LAW OFFICES

By: _____
    Richard P Petersen
    Attorney for Defendant
    Lillie Sue Makhanian

Dated: 6/27/18

By: _____
    Howard George Chen
    Defendant
    Pro Se