CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD P PETERSEN
rppesq1@hotmail.com
RICHARD P PETERSEN LAW OFFICES
2015 Montrose Avenue
Montrose, CA 91020
Telephone: (818) 957-5832
Facsimile: (818) 541-9165
Attorney for Defendant
Lillie Sue Makhanian

HOWARD GEORGE CHEN
legacycomics@hotmail.com
123 West Wilson Avenue
Glendale, CA 91203
Telephone: (818) 903-1457
Defendant
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>v.<br><br>LILLIE SUE MAKHANIAN, in individual and representative capacity as trustee of the Lillie Sue Makhanian Trust dated January 22, 1986;<br>HOWARD GEORGE CHEN; and Does 1-10,<br>Defendants. | Case: 2:18-CV-02445-DSF-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 9, 2018                CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 6-28-18                     RICHARD P PETERSEN LAW OFFICES

By: _____
    Richard P Petersen
    Attorney for Defendant
    Lillie Sue Makhanian

Dated: 6/27/18

By: _____
    Howard George Chen
    Defendant
    Pro Se